No. 8, Misc. YARNAL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 78, Misc. STERLING v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *John Powers Crowley* for petitioner. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum* and *Thomas J. Immel,* Assistant Attorneys General, for respondent.

No. 108, Misc. MOORE v. NEW YORK. Ct. App. N. Y. Certiorari denied. *William E. Hellerstein* for petitioner. *Thomas J. Mackell* and *Peter J. O'Connor* for respondent.

No. 118, Misc. GERAWAY v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *Robert H. Quinn,* Attorney General of Massachusetts, *John Wall,* Assistant Attorney General, *Lawrence P. Cohen,* Deputy Assistant Attorney General, *Barbara Macey,* Special Assistant Attorney General, *George G. Burke* and *Richard W. Barry* for respondent.

No. 119, Misc. YANT v. WILSON, JUDGE. Ct. App. Ky. Certiorari denied.

No. 121, Misc. RIZZO, AKA ROSENHECK v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Lee B. McTurnan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 142, Misc. MULLEN v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.